FILED: January 8, 2019

## UNPUBLISHED

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 17-2449
(7:17-cv-00169-FL)
(16-01964-5-SWH)
(16-00031-5-SWH)

_____

LARRY ALBERT HURLBURT

     Plaintiff - Appellant

v.

JULIET J. BLACK

     Defendant - Appellee

 and

JOSEPH A. BLEDSOE, III

     Trustee

_____

O R D E R

_____

A majority of judges in regular active service and not disqualified having

voted in a requested poll of the court to grant appellant's petition for rehearing en

banc,

IT IS ORDERED that rehearing en banc is granted.

The parties shall file 16 additional paper copies of their briefs and appendices previously filed in this case within 10 days.

This case is tentatively calendared for oral argument at the March 19-21, 2019, oral argument session.

For the Court

/s/ Patricia S. Connor, Clerk